IN THE UNITED STATES DISTRICT COURT
OF NEW JERSEY

CHRISTOPHER DUNN )
    Plaintiff, )
)
v. ) Case No.
)
BANK OF AMERICA )
    Defendant. )
)
)
)

RECEIVED

JUN 16 2023

AT 8:30 _____ M
CLERK, U.S. DISTRICT COURT - DNJ

---

**COMPLAINT AND DEMAND FOR JURY TRIAL**

---

### I.   INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiff Christopher Dunn an individual consumer, against Defendant, Bank of America, ("BOA") for violations of the Fair Credit Reporting Act, 15 U.S.C § 1681 et seq. (hereinafter "FCRA").

### II.   JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C. § 1681(p) and 28 U.S.C. § 1331. Venue in this district is proper in that the Defendant transacts business in the city

of New Milford, Bergen County, New Jersey, and the conduct complained of occurred in New Milford, New Jersey.

### III. PARTIES

3. Plaintiff Christopher Dunn (hereinafter "Mr. Dunn") is a natural person residing in New Milford, Bergen County, New Jersey. Mr. Dunn is a consumer as defined by the Fair Credit Reporting Act, 15 U.S.C. §1681a(b) and (c).

4. Upon information and belief, Bank of America is a North Carolina corporation with its principal place of business located at 100 North Tryon Street, Charlotte, NC 28255.

5. Defendant Bank of America is a "furnisher of information" within the meaning of the Fair Credit Reporting Act, 15 U.S.C. § 1681s-2.

6. Defendant Bank of America is a furnisher of information to Trans Union, Equifax and Experian, "consumer reporting [agencies] that compiles and maintains files on consumers on a nationwide basis" as defined by 15 U.S.C. § 1681a(p).

### IV. FACTS OF THE COMPLAINT

### FCRA CLAIM

7. On or about January 9, 2023, with Experian, Equifax and Trans Union, Mr. Dunn disputed the completeness and accuracy of the items of information being reported

and Bank of America has communicated with the consumer reporting agencies several times without providing "account level documentation" such as documents bearing my signature, accounting documents and documents to substantiate the reporting of the late-payments.

8. On or about June 17, 2022, Mr. Dunn applied for an auto loan and was denied.

9. On the account number is ▇▇▇▇▇▇▇▇

10. The trade line information furnished by Bank of America to consumer reporting agencies on Plaintiff's consumer report is false, inaccurate and unverifiable.

11. On or about January 19, 2023, Plaintiff received re-investigation results from Trans Union, where Bank of America falsely verified the information but didn't give account level documentation on the late payments and the account in general i.e., contracts, applications etc., pursuant to 15 U.S.C. § 1681s-2(b)(1) failed to conduct a reasonable re-investigation.

12. Upon information and belief, Trans Union, Equifax and Experian sent a dispute communicating to Bank of America providing all relevant disputed information.

13. Bank of America publishing of such inaccurate and incomplete information has severely damaged the personal and credit reputation of Mr. Dunn and caused severe humiliation, emotional distress, mental anguish, denial of credit, actual money and damage to his FICO scores.

14. Bank of America conduct, actions and inactions were willful, rendering Bank of America liable for actual damages, punitive damages and litigation cost for Defendants' willful acts pursuant to 15 U.S.C. § 1681n.

### V. FIRST CLAIM FOR RELIEF
### Bank of America
### 15 U.S.C. § 1681s-2(b)(1)(A)

15. Plaintiff re-alleges, and incorporates by reference, paragraphs one through 14 above.

16. Defendant have violated 15 U.S.C. § 1681s-2(b)(1)(A) in that they failed to have the documentation on the late payments and all account level documentation but reported to the Consumer Reporting Agencies.

17. Defendant caused injury in fact, by causing, among other effects, mental and emotional distress, damage to credit reputation, and resulting in credit damages to Plaintiff.

18. Defendant conduct was negligent and/or willful.

19. Plaintiff is entitled to actual damages, punitive damages and litigation costs for Defendant willful acts pursuant to 15 U.S.C. § 1681n.

20. Alternatively, Plaintiff is entitled to actual damages, and litigation costs if Defendant violations are negligent, pursuant to 15 U.S.C. §1681o.

### VI. SECOND CLAIM FOR RELIEF
### Bank of America
### 15 U.S.C. §1681s-2(b)(1)(B)

21. Plaintiff re-alleges, and incorporates by reference, paragraphs one through 20 above.

22. Defendant violated 15 U.S.C. § 1681s-2(b)(1)(B) by failing to consider all relevant information forwarded to them by the consumer reporting agencies, including Equifax, Experian and TransUnion, and to notate the disputed information as disputed to Equifax, Experian and TransUnion and failed to produce account level documentation i.e. contacts and applications etc.,

23. Defendant caused injury in fact, by causing, among other things, mental and emotional distress, damage to Plaintiff credit reputation and rating, and other injuries and damages to Plaintiff.

24. Defendant conduct was negligent and/or willful.

25. Plaintiff is entitled to recover actual damages, punitive damages and costs pursuant 15 U.S.C. § 1681n.

26. Alternatively, Plaintiff is entitled to actual damages, costs if the violation is negligent, pursuant to 15 U.S.C. §1681o.

### VII. THIRD CLAIM FOR RELIEF
### Bank of America
### 15 U.S.C. §1681s-2(b)(1)(C)

27. Plaintiff re-alleges, and incorporates by reference, paragraphs one through 26 above.

28. Defendant violated 15 U.S.C. § 1681s-2(b)(1)(C) by failing to report accurate information to the consumer reporting agencies after the dispute.

29. Defendant caused injury in fact, by causing, among other effects, mental and emotional distress, damage to credit reputation, and resulting in credit damages to Plaintiff.

30. Defendant conduct was negligent and/or willful.

31. Plaintiff is entitled to recover actual damages, punitive damages and costs pursuant to 15 U.S.C. § 1681n.

32. Alternatively, Plaintiff is entitled to actual damages, costs of the violation is negligent, pursuant to 15 U.S.C. §1681o.

## VIII. FOURTH CLAIM FOR RELIEF
### Bank of America
### 15 U.S.C. §1681s-2(b)(1)(D)

33. Plaintiff re-alleges, and incorporates by reference, paragraphs one through 32 above.

34. Defendant violated 15 U.S.C. § 1681s-2(b)(1)(D) by failing to report accurate information to the consumer reporting agencies after a dispute.

35. Defendant caused injury in fact, by causing, among other effects, mental and emotional distress, damage to credit reputation, and resulting in credit damages to Plaintiff.

36. Defendant conduct was negligent and/or willful.

37. Plaintiff is entitled to recover actual damages, punitive damages and costs pursuant 15 U.S.C. § 1681n.

38. Alternatively, Plaintiff is entitled to recover actual damages and costs of the violation is negligent, pursuant to 15 U.S.C. §1681o.

### IX. FIFTH CLAIM FOR RELIEF
### Bank of America
### 15 U.S.C. §1681s-2(b)(1)(E)

39. Plaintiff re-alleges, and incorporates by reference, paragraphs one through 38 above.

40. Defendant has violated 15 U.S.C. § 1681s-2(b)(1)(E) by failing to have a procedure to modify the information in their system and report substantial disputed information with consumer reporting agencies with account level documentation.

41. Defendant caused injury in fact, by causing, among other effects, mental and emotional distress, damage to credit reputation, and resulting in credit damages to Plaintiff.

42. Defendant conduct was negligent and/or willful.

43. Plaintiff is entitled to recover actual damages, punitive damages, costs and pursuant 15 U.S.C. § 1681n.

44. Alternatively, Plaintiff is entitled to recover actual damages and costs of the violation is negligent, pursuant to 15 U.S.C. §1681o.

45. Alternatively, Plaintiff is entitled to actual damages, and costs if the violation is negligent, pursuant to 15 U.S.C. §1681n.

46. As a result of the above violations of the Fair Credit Reporting Act, Bank of America is liable to the Mr. Dunn actual damages, statutory damages, punitive damages and costs.

## XI. JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Mr. Dunn respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against the Bank of America for:

A. Judgment for the violations occurred for violating the FCRA;

B. Actual damages pursuant to 15 U.S.C 1681o(a)(1);

C. Statutory and punitive damages pursuant to 15 U.S.C 1681n(a)(1)(A);

D. Cost pursuant to 15 USC § 1681n(a)(3);

E. For such other and further relief, that the Court may deem just and proper.

Respectfully submitted:

Christopher Dunn
279 Faller Dr Apt A
New Milford. NJ 07646
(201) 968-7832
chrisdunn867@gmail.com
*Pro Se*